**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ORIX CAPITAL MARKETS, LLC, ) | Case No.: 11-CV-02985-LHK |
| ) | |
| Appellant, ) | ORDER GRANTING MOTION FOR |
| v. ) | EXTENSION OF TIME TO FILE |
| ) | DESIGNATION OF RECORD AND |
| AAA, et al., ) | STATEMENT OF ISSUES ON APPEAL |
| ) | |
| Appellees. ) | |
| ) | |
| ) | |
| ) | |

On June 17, 2011, Appellant Orix Capital Markets, LLC filed the instant bankruptcy appeal. Pursuant to Federal Rule of Bankruptcy Procedure 8006, Appellant was required to file with the clerk and serve on Appellees a designation of the items to be included in the record on appeal and a statement of the issues to be presented by July 1, 2011. However, on July 1, 2011, Appellant filed a motion to extend the time to file a designation of the record and statement of issues. Appellant represents that the Liquidating Agent appointed by the Bankruptcy Court is currently reviewing the claims of the 115 Appellees in this case and that this review may allow Appellant to dismiss the current appeal. Appellant therefore requests a 45-day extension in order to permit the Liquidating Agent to complete its review and file objections before the Bankruptcy Court. Based on Appellant's representations and good cause appearing, the Court GRANTS

1

Appellant's request for an extension.  Appellant shall have until August 15, 2011 to file a designation of the record and statement of issues.

**IT IS SO ORDERED.**

Dated: July 14, 2011

_____
LUCY H. KOH
United States District Judge

2

Case No.: 11-CV-02985-LHK
ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE DESIGNATION OF RECORD AND STATEMENT OF ISSUES ON APPEAL